IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF CONTINENTAL HEAVY CIVIL CORPORATION, AS OWNERS OF THE 10-FOOT TRACKER ALUMINUM JON BOAT, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No.: 4:20-cv-00180 |

## NOTICE OF COMPLAINT AND AMENDED COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE is hereby given that Limitation Plaintiff, Continental Heavy Corporation, as owner of the 10-foot Tracker aluminum jon boat (Serial #/HIN: US-BUJ11587A919) ("Limitation Vessel"), has filed an initial Verified Complaint and has since filed an Amended Complaint with this Court, pursuant to 46 U.S.C. § 181 *et seq.*, as amended by U.S.C. §§ 30501 *et seq.*, claiming the right to exoneration from or limitation of liability for damage claims, demands, or liens arising out of an incident, occurring on about July 31, 2019, involving the capsizing of the Limitation Vessel, allegedly causing property damage, personal injuries and/or death, as more fully described in the Amended Complaint. All persons asserting claims with respect to which the Amended Complaint seeks exoneration from or limitation of liability for must file their respective claims, in accordance with Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the Court for the United States District Court, Southern District of Georgia, 125 Bull Street, Savannah, Georgia, 31401, and to serve a copy thereof on the attorney for Limitation Plaintiff, Colin A. McRae of Hunter, Maclean, Exley

& Dunn, P.C., 200 E. Saint Julian Street, P.O. Box 9848, Savannah, Georgia 31412, email: cmcrae@huntermaclean.com, on or before **September 30, 2020**, or be forever defaulted.

Personal attendance is not required.

Any claimant desiring to contest Plaintiff's right either to exoneration from or limitation of liability shall file and serve an answer, unless the claimant's claim has included an answer, all as required by Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions contained in the Federal Rules of Civil Procedure.

**SO ORDERED**, this 28th day of August, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA